# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **LINDA L. LAMPRON,** | ) | |
| **PLAINTIFF** | ) ) ) | |
| v. | ) ) | CIVIL NO. 09-477-P-H |
| **POSTMASTER GENERAL,** | ) ) ) | |
| **DEFENDANT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On March 31, 2011, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision on Defendant's Motion for Partial Summary Judgment. The plaintiff filed an objection to the Recommended Decision on April 18, 2011.

Upon stipulation of the parties, the Report and Recommended Decision is **ADOPTED** to the extent that partial summary judgment is granted in favor of the Postal Service on Count I with respect to the alleged retaliatory transfer from Waterboro to Alfred, but it is not granted as to the claim of retaliation claim regarding the events in Alfred after the transfer. The defendant also has conceded that summary judgment should be denied as to Count III.

Accordingly summary judgment is **GRANTED** on Count I of the Complaint with respect to the alleged retaliatory transfer from Waterboro to Alfred, but is otherwise **DENIED**.

The Clerk's Office may set the case for trial.

**SO ORDERED.**

**DATED THIS 6TH DAY OF MAY, 2011**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**