# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **LINDA L. LAMPRON,** | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 09-477-P-H |
| | ) | |
| **POSTMASTER GENERAL,** | ) | |
| | ) | |
| Defendant | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR NEW TRIAL

The plaintiff's motion for judgment as a matter of law or, in the alternative, motion for a new trial is **Denied**.

The motion for judgment as a matter of law under Fed. R. Civ. P. 50 is **Denied** as untimely, because it was not made before the close of all the evidence. Fed. R. Civ. P. 50(a). Zachar v. Lee, 363 F.3d 70, 74 (1st Cir. 2004). The motion for a new trial under Rule 59 is **Denied** because the jury was entitled to conclude that adverse employment action was not taken for a retaliatory reason. The evidence was well and thoroughly presented by both parties, and the jury resolved their conflicting views as to what inferences to draw. There is no reason to upset that verdict.

**So Ordered.**

**Dated this 15th day of September, 2011**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**